UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AEROTEK, INC.<br><br>Plaintiff,<br><br>v.<br><br>WEST COAST ELECTRICAL SERVICES, INC.,<br><br>Defendant. | CASE NO. 2:24−cv−01636−JHC<br><br>ORDER GRANTING AEROTEK INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS |

Before the Court is Aerotek Inc.'s Motion for Attorneys' Fees and Costs. Dkt. # 16. The Court has reviewed the materials in connection with the Motion for Attorneys' Fees and Costs and determined the fees to be reasonable, necessary, and related to the matter at hand. The Court GRANTS the motion. Aerotek Inc. is entitled to attorneys' fees and costs in the amount of $28,183.32 against Defendant West Coast Electrical Services, Inc.

Dated this 23rd day of June, 2025.

*John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING MOTION FOR ATTORNEYS'
FEES AND COSTS - Page | 1
CASE NO.: 2:24-cv-01636-JHC